■ JCS CONTROLS, INC., Appellant, v RICHARD STACEY, Respondent. (Appeal No. 1.) [869 NYS2d 822]

Same memorandum as in *JCS Controls, Inc. v Stacey* (57 AD3d 1372 [2008]). Present—Scudder, P.J., Hurlbutt, Lunn, Green and Gorski, JJ.